IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONALD RICHARD BAGWELL,        )
                               )
        Plaintiff,              )
                               )
    v.                          )    1:14CV495
                               )
JAMIE DIMON, et al.,            )
                               )
        Defendants.             )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 17, 2015, was served on the parties in this action. (ECF Nos. 117, 118.) Plaintiff filed an Objection to the Recommendation (ECF No. 119). The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

Plaintiff has further filed five motions for partial summary judgment (ECF Nos. 120, 122, 124, 126, 128).

IT IS THEREFORE ORDERED that Plaintiff's Rule 59(e) Motion to Alter or Amend Judgment (ECF No. 99) is DENIED.

IT IS FURTHER ORDERED that, in light of the Judgment entered by this Court against Plaintiff (ECF No. 98) dismissing Plaintiff's Amended Complaint, Plaintiff's motions for partial summary judgment (ECF Nos. 120, 122, 124, 126, 128) are DENIED as moot.

This, the 22nd day of December, 2015.

/s/ Loretta C. Biggs
United States District Judge